IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS BOWMAN,** | : | CIVIL ACTION NO. 1:23-CV-35 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **KATHY J. BRITTAIN**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of June, 2023, upon consideration of plaintiff's motion (Doc. 5) to remand the case to state court and to sanction defendant, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 5) to remand is GRANTED.

2. The motion (Doc. 5) for sanctions is DENIED.

3. The Clerk of Court is directed to remand this case to the Schuylkill County Court of Common Pleas and close the case in this district.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania